---------------------------------------------------------------
**Above space for Recorder's Use Only**
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JPMorgan Chase Bank, National Association, as successor by merger to Chase Home Finance, LLC<br><br>                 PLAINTIFF<br><br>Vs.<br><br>Debra S. Frakes a/k/a Debra Frakes a/k/a Debra Sue Frakes, et al<br>                DEFENDANTS | No.  3:10-CV-00853 |

### MEMORANDUM OF JUDGMENT

Judgment rendered against:
    Defendant: DEBRA S. FRAKES a/k/a DEBRA FRAKES a/k/a DEBRA SUE FRAKES, 4808 Paris Drive, Godfrey, IL 62035.

Judgment rendered on January 26, 2016, in the amount of $189,192.36 in favor of:
    Plaintiff: JPMorgan Chase Bank, National Association, as successor by merger to Chase Home Finance, LLC.

**JUSTINE FLANAGAN,**

                                    **ACTING CLERK OF COURT**


                                    **BY:  s/*Caitlin Fischer***
                                    **Deputy Clerk**


**DATED:** January 28, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.01.28 18:03:22 -06'00'

**APPROVED:**
      **U.S. DISTRICT JUDGE**
      **U. S. DISTRICT COURT**